**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ANTHONY D. LAMAR
ADC #120479**                                                  **PLAINTIFF**

**V.**                    **No. 2:11CV00059 SWW-BD**

**LARRY MAY,** *et al.*                                        **DEFENDANTS**

## ORDER

The motion [doc.#8] of plaintiff Anthony D. Lamar for an extension of until and including May 9, 2011 in which to file objections to the Recommended Disposition [doc.#6] from Magistrate Judge Beth Deere is hereby granted.

IT IS SO ORDERED, this 21st day of April 2011.

                              /s/Susan Webber Wright

                              UNITED STATES DISTRICT JUDGE