# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**ANTHONY D. LAMAR**
**ADC #120479**                                                                         **PLAINTIFF**

**V.**                                    **No. 2:11CV00059 SWW-BD**

**LARRY MAY,** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has received and reviewed the Recommended Disposition from Magistrate Judge Beth Deere and Mr. Lamar's objections to the recommendation.  After reviewing the record *de novo*, the Court approves and adopts Judge Deere's findings in all respects.

Mr. Lamar's claims are DISMISSED with prejudice.  This dismissal counts as a strike for purposes of 28 U.S.C. § 1915(g).  The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and would not be taken in good faith.

IT IS SO ORDERED, this 2nd day of May, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE