# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ANTHONY D. LAMAR**
**ADC #120479**                                                                                    **PLAINTIFF**

**V.**                              **No. 2:11CV00059 SWW-BD**

**LARRY MAY,** *et al.*                                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 2nd day of May, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE